UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS RUBEN ZUNIGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:17-CV-11-FL |
| UNITED STATES SECRETARY OF ) | |
| STATE, DIRECTOR OF THE VISA ) | |
| NATIONAL CENTER, DEPARTMENT ) | |
| OF HOMELAND SECURITY ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 23, 2018, that this case is dismissed without prejudice for lack of prosecution.

**This Judgment Filed and Entered on June 26, 2018, and Copies To:**

Carlos Ruben Zuniga (via U.S. Mail) 34086-177, Allenwood Low - F.C.I. P.O. Box 1000, White Deer, PA 17887.

June 26, 2018
PETER A. MOORE, JR., CLERK
/s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk