IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:17-CV-11-FL-1

| | | |
|---|---|---|
| CARLOS RUBEN ZUNIGA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES SECRETARY OF | ) | |
| STATE, DIRECTOR OF THE VISA | ) | ORDER |
| NATIONAL CENTER, and | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for free copies (DE 31). Plaintiff states that he seeks a copy of the first five pages of his complaint, without exhibits, and he has no funds to pay for such copies.

Under 28 U.S.C. § 1914(b), the "clerk shall collect from the parties such . . . fees only as are prescribed by the Judicial Conference of the United States." The Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, appended to the statute, provides that the following "fees in the District Court Miscellaneous Fee Schedule are to be charged for services provided by the district courts": "For reproducing any record and providing a copy in paper form, $.50 per page." 28 U.S.C. § 1914, District Court Miscellaneous Fee Schedule, n. 4.

Defendant has not shown good cause for the court's provision of free copies. The Judicial Conference Schedule of Fees reflects the expense required for generating paper copies of documents by the court. Accordingly, the court DENIES defendant's motion for free copies. (DE 31). If defendant seeks copies of his complaint, without exhibits, he may obtain such copies from

the court by making a check or money order in the amount of $3.50,[1] payable to Clerk, U.S. District

Court and mailed to the address below:

    Attention: Copy Request System
    United States Clerk's Office
    P.O. Box 25670
    Raleigh, NC 27611

SO ORDERED, this the 24th day of February, 2023.


                                        _____
                                        LOUISE W. FLANAGAN
                                        United States District Judge

---

[1]     Plaintiff's complaint, without exhibits, comprises seven pages.  (See DE 1-1 at 1-7).  In the event plaintiff
seeks copies of only the first five pages of his complaint, then the amount to be remitted for copies is $2.50.